SAMUEL O. OGBOGU, ESQ. (SB# 156427)
SAMUEL OGBOGU, INC.
A Professional Law Corporation
315 W. 9th Street, Suite 603
Los Angeles, Ca 90015
Telephone: (213) 624-1500
Facsimile: (213) 624-9476
Email: *sogboguinclaw@aol.com*

Attorney for Plaintiff,
ISRAEL COLE

```
E-FILED 01/19/12
LINK 80
TERM 82
  JS-6
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ISRAEL COLE,<br><br>              Plaintiff,<br><br>Vs.<br><br>COUNTY OF LOS ANGELES;<br>RAQUEL MARTINEZ; DEPUTY<br>PATRICIA BOCANEGRA;<br>DEPUTY GABRIEL ROSALES; and<br>DOES 1 to 25, inclusive,<br><br>              Defendants, | **CASE NO.:  CV 10-07344 PSG (FFM)**<br><br>[Judge:  Philip s. Gutierrez<br>Courtroom:  880 – Roybal Courthouse]<br><br>**JUDGMENT IN FAVOR OF<br>PLAINTIFF, ISRAEL COLE AFTER<br>TRIAL BY JURY AGAINST<br>DEFENDANTS, PATRICIA<br>BOCANEGRA AND GABRIEL<br>ROSALES** |

        This Cause came on regularly for trial on November 30, 2011, in Room 880

of the United States District Court for the Central District of California before the

Honorable Philip S. Gutierrez, Trial Judge. Plaintiff appeared by counsel, Samuel

1  O. Ogbogu, Esq. Defendants, County of Los Angeles, Deputy Patricia Bocanegra,

2  Deputy Gabriel Rosales and Officer Raquel Martinez appeared by Senior Deputy

3

4  County Counsel, Edwin Lewis, Esq., and Edward Hsu, Esq.

5      A jury of eight persons was regularly impaneled and sworn to try the action

6  and evidence was taken. Witnesses on the part of both plaintiffs and defendants

7  were sworn and examined. After presentation of the evidence, the arguments of

8

9  counsel and instructions of the Court, the Jury retired to consider their verdict

10 against the remaining defendants, and subsequently returned to the Court, we

11 called, and answered to their names and rendered the following Special Verdict:

12     WE THE JURY, IN THE ABOVE-ENTITLED CAUSE, UNANIMOUSLY

13

14 FIND AS FOLLOWS:

15 **Question No. 1**:  Did any Defendants arrest Israel Cole, or cause him to be

16                   arrested, without probable cause? Please answer as to each

17                   Defendant.

18

19

20             Defendant Bocanegra      YES _X_      NO____

21             Defendant, Rosales       YES_____     NO_X_

22 Go to the next question.

23

24 **Question No. 2:**  Did any of the Defendants use excessive force against Plaintiff

25                   Israel Cole? Please answer as to each Defendant.

Defendant Bocanegra        YES  X         NO____

Defendant, Rosales         YES____        NO X

Go to the next question.

**Question No. 3:**   Did any of the Defendants maliciously cause Plaintiff Israel Cole to be prosecuted?

Defendant Bocanegra        YES ____        NO X

Defendant, Rosales         YES____        NO X

If you answered "Yes" to any part of any of Questions 1-3, please go to Question No. 4. If you answered "No" to every part of Questions 1-3, your Foreperson should sign and date this Special Verdict Form on page 4 and return it to the Bailiff.

**Question No. 4:**   Did any of the Defendants' conduct for which you answered "Yes" to any part of Questions 1-3 cause damages to Plaintiff Israel Cole?

YES  X          NO____

**Question No. 5:**   What is the amount of damages you award to Plaintiff Israel Cole?

Damages:    $99,700.00

Please go to Question No.6.

**Question No. 6:**   Did any of the Defendants act with malice, oppression, or in reckless disregard of Plaintiff Israel Cole's rights? Please answer as to each defendant.

Defendant Bocanegra     YES _X_        NO____

Defendant, Rosales       YES _____      NO _X_

Please date, sign, and return this form.

Dated: _12/05/ 2011_                                    _____/S/_____
                                                                      FOREPERSON

WHEREFORE, by virtue of the law, and by reason of the premises aforesaid,

**IT IS HEREBY ADJUDGED, DECREED AND ORDERED,**

1.     That judgment be, and is hereby entered in favor of plaintiff, Israel Cole, and against defendants, Patricia Bocanegra and Gabriel Rosales, damages in the sum of Ninety Nine Thousand Seven Hundred Dollars ($99,700.00);

2.     That Plaintiff, Israel Cole recover attorney fee and costs in the stipulated sum of $89,000.00.

///

///

---

**JUDGMENT - 4**

3.    That plaintiff shall recover interest thereon at the legal rate from the date of entry of judgment until paid.

DATED: January 17, 2012          SAMUEL OGBOGU, INC.

By: _____
      SAMUEL OGBOGU
      Attorneys for Plaintiff,
      ISRAEL COLE

DATED: January 17, 2012          OFFICE OF THE COUNTY COUNSEL

By: _____
      EDWIN LEWIS, ESQ.
      Attorney for defendants,
      County of Los Angeles, et al.

Dated: _____01/19/12_____

HORORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**JUDGMENT** - 5