E-FILED: 02-01-2012
#82

SAMUEL O. OGBOGU, ESQ. (SB# 156427)
SAMUEL OGBOGU, INC.
A Professional Law Corporation
315 W. 9th Street, Suite 603
Los Angeles, Ca 90015
Telephone: (213) 624-1500
Facsimile: (213) 624-9476
Email: *sogboguinclaw@aol.com*

Attorney for Plaintiff,
ISRAEL COLE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ISRAEL COLE, | **CASE NO.: CV 10-07344 PSG (FFM)** |
| Plaintiff, | [Judge: Philip S. Gutierrez |
| Vs. | Courtroom: 880 – Roybal Courthouse] |
| COUNTY OF LOS ANGELES; RAQUEL MARTINEZ; DEPUTY PATRICIA BOCANEGRA; DEPUTY GABRIEL ROSALES; and DOES 1 to 25, inclusive, | [~~AMENDED~~] [~~PROPOSED~~] **JUDGMENT IN FAVOR OF PLAINTIFF, ISRAEL COLE AFTER TRIAL BY JURY AGAINST DEFENDANT, PATRICIA BOCANEGRA ONLY** |
| Defendants, | |

This Cause came on regularly for trial on November 30, 2011, in Room 880 of the United States District Court for the Central District of California before the Honorable Philip S. Gutierrez, Trial Judge. Plaintiff appeared by counsel, Samuel

**JUDGMENT** - 1

O. Ogbogu, Esq. Defendants, County of Los Angeles, Deputy Patricia Bocanegra, Deputy Gabriel Rosales and Officer Raquel Martinez appeared by Senior Deputy County Counsel, Edwin Lewis, Esq., and Edward Hsu, Esq.

A jury of eight persons was regularly impaneled and sworn to try the action and evidence was taken. Witnesses on the part of both plaintiffs and defendants were sworn and examined. Defendant, Raquel Martinez was dismissed at the end of presentation of evidence on behalf of Plaintiff, Israel Cole. After presentation of the evidence, the arguments of counsel and instructions of the Court, the Jury retired to consider their verdict against the remaining defendants, and subsequently returned to the Court, was called, and answered to their names and rendered the following Special Verdict:

WE THE JURY, IN THE ABOVE-ENTITLED CAUSE, UNANIMOUSLY FIND AS FOLLOWS:

**Question No. 1:** Did any Defendants arrest Israel Cole, or cause him to be arrested, without probable cause? Please answer as to each Defendant.

Defendant Bocanegra     YES _X_     NO____
Defendant, Rosales     YES____     NO _X_

Go to the next question.

**JUDGMENT** - 2

**Question No. 2:** Did any of the Defendants use excessive force against Plaintiff Israel Cole? Please answer as to each Defendant.

    Defendant Bocanegra    YES _X_    NO ___

    Defendant, Rosales    YES ___    NO _X_

Go to the next question.

**Question No. 3:** Did any of the Defendants maliciously cause Plaintiff Israel Cole to be prosecuted?

    Defendant Bocanegra    YES ___    NO _X_

    Defendant, Rosales    YES ___    NO _X_

If you answered "Yes" to any part of any of Questions 1-3, please go to Question No. 4. If you answered "No" to every part of Questions 1-3, your Foreperson should sign and date this Special Verdict Form on page 4 and return it to the Bailiff.

**Question No. 4:** Did any of the Defendants' conduct for which you answered "Yes" to any part of Questions 1-3 cause damages to Plaintiff Israel Cole?

    YES _X_    NO ___

**Question No. 5:** What is the amount of damages you award to Plaintiff Israel Cole?

Damages: $99,700.00

Please go to Question No.6.

**Question No. 6:** Did any of the Defendants act with malice, oppression, or in reckless disregard of Plaintiff Israel Cole's rights? Please answer as to each defendant.

| | | |
|---|---|---|
| Defendant Bocanegra | YES X | NO ___ |
| Defendant, Rosales | YES ___ | NO X |

Please date, sign, and return this form.

Dated: 12/05/ 2011                                              /S/
                                                          _____
                                                           FOREPERSON

WHEREFORE, by virtue of the law, and by reason of the premises aforesaid,

**IT IS HEREBY ADJUDGED, DECREED AND ORDERED,**

1. That judgment be, and is hereby entered in favor of plaintiff, Israel Cole, and against defendant, Patricia Bocanegra, damages in the sum of Ninety Nine Thousand Seven Hundred Dollars ($99,700.00);

JUDGMENT - 4

2. That Plaintiff, Israel Cole recover attorney fee and costs in the stipulated sum of $89,000.00 against defendant, Patricia Bocanegra.

3. That judgment be, and is hereby entered in favor of defendants, Gabriel Rosales and Patricia Martinez, against plaintiff, Israel Cole;

4. That plaintiff shall recover interest thereon at the legal rate from the date of entry of judgment until paid.

DATED: January 18, 2012

SAMUEL OGBOGU, INC.

By: _____
SAMUEL OGBOGU
Attorneys for Plaintiff,
ISRAEL COLE

DATED: January 18, 2012

OFFICE OF THE COUNTY COUNSEL

By: _____
EDWIN LEWIS, ESQ.
Attorney for defendants,
County of Los Angeles, et al.

Dated: January 31, 2012

PHILIP S. GUTIERREZ
HORORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**JUDGMENT** - 5